# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| MARK SISSON, Register No. 528112, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-4194-CV-C-SOW |
| ) | |
| JILL McGUIRE, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

On October 10, 2006, the United States Magistrate Judge recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's October 10, 2006 Report and Recommendation is adopted [5]. It is further

ORDERED that plaintiff's motion for leave to proceed in forma pauperis is denied and his claims are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted.

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: November 6, 2006